**United States v. David St. George**
**1:19-cr-10059-RGS**
**Suppression Hearing**
**Government's Exhibits**

1. Page from Old Farmer's Almanac

2. Sketch of residence

3. Photo of kitchen

4. Photo of den

5. Miranda rights waiver form

6. Recording of interview of David St. George

7. Declaration of David St. George

8. CAD Incident Report from Arlington Police Department

9. Notes of interview of David St. George